SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Salas, et al<br><br>          Defendants | Case No. **2:11-CV-02153-JAM-KJN**<br><br>**ORDER RE: REQUEST SEEKING LEAVE OF COURT TO RESERVE DEFENDANTS** |

   IT IS HEREBY ORDERED THAT Plaintiff's request for leave of court for an additional sixty (60) days from the date of this Order to reserve defendants is denied.

Dated:  April 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE: REQUEST SEEKING LEAVE OF COURT TO RESERVE DEFNEDNATS

CIV: S-11-CV-02153-MCE-KJN 1