SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff;<br><br>vs.<br><br>Noradino Salas, et al,<br><br>Defendants. | Case No. 2:11-cv-02153-MCE-KJN<br><br>**REQUEST FOR DISMISSAL**<br><br>**Dismissal of Defendant Adela Salas Without Prejudice**<br><br>Complaint Filed:  AUGUST 15, 2011<br><br>**Case to Remain Open With Remaining Defendant** |

**PLEASE TAKE NOTICE THAT** Plaintiff, Scott N. Johnson, hereby requests that Defendant (Adela Salas) be and is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1). This case is to remain open with remaining Defendant.

1

REQUEST FOR DISMISSAL                                   CIV: S-11-2153-MCE-KJN

1  Dated: July 24, 2012                                    DISABLED ACCESS PREVENTS

2                                                          INJURY, INC.

3
                                                           /s/Scott N. Johnson_____
4                                                          SCOTT N. JOHNSON
                                                           Attorney for Plaintiff
5
6                                                   **ORDER**

7          IT IS SO ORDERED.

8
9  Dated:  July 31, 2012

10

11                                         MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR DISMISSAL                                        CIV: S-11-2153-MCE-KJN