SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff;<br><br>    vs.<br><br>Noradino Salas, et al,<br><br>        Defendants. | Case No. 2:11-cv-02153-MCE-KJN<br><br>**REQUEST FOR DISMISSAL**<br><br>**Dismissal of Defendant Adela Salas Without Prejudice**<br><br>Complaint Filed:  AUGUST 15, 2011<br><br>**Case to Remain Open With Remaining Defendant** |

**PLEASE TAKE NOTICE THAT** Plaintiff, Scott N. Johnson, hereby requests that Defendant (Adela Salas) be and is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1). This case is to remain open with remaining Defendant.

1 | Dated: July 24, 2012

DISABLED ACCESS PREVENTS INJURY, INC.

/s/Scott N. Johnson
SCOTT N. JOHNSON
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  July 31, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

REQUEST FOR DISMISSAL                                     CIV: S-11-2153-MCE-KJN